EFiled: Aug 15 2007 4:03... EDT
Transaction ID 15963630
Case No. 07C-06-026 ESB

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| AARON MATTHEW MITCHELL, | : | |
| Plaintiff, | : | CIVIL ACTION No. 07-509 |
| v. | : | |
| ST. PAUL FIRE AND CASUALTY INSURANCE COMPANY, | : | |
| Defendant. | : | |

IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

IN AND FOR SUSSEX COUNTY

| | | |
|---|---|---|
| AARON MATTHEW MITCHELL, | : | |
| Plaintiff, | : | C.A. No. 07C-06-026 ESB |
| v. | : | |
| ST. PAUL FIRE AND CASUALTY INSURANCE COMPANY, | : | |
| Defendant. | : | |

### NOTICE OF REMOVAL

**TO THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF THE STATE OF DELAWARE:**

Defendant, St. Paul Fire & Casualty Insurance Company, by and through its attorneys, Marshall, Dennehey, Warner, Coleman and Goggin, hereby removes the above-captioned case to this Honorable Court and provides notice of same to Plaintiff. In support of the removal, Defendant aver as follows:

1. On or about June 25, 2007, Plaintiff's Complaint in the above-captioned matter was filed in the Superior Court of the State of Delaware, Sussex County. A copy of the Complaint herein is attached hereto and marked as Exhibit "A".

2. In Paragraph No. 1 of Plaintiff's Complaint (Exhibit "A"), Plaintiff set forth that he is a resident of the State of Delaware.

3. Defendant, St. Paul Fire & Casualty Insurance Company is an insurance company and resident of the State of Minnesota, with its headquarters at 385 Washington Street, St. Paul, Minnesota.

4. The damages allegedly sustained by the Plaintiff are in excess of $75,000.

5. The above-described civil action is one in which this Honorable Court has original jurisdiction pursuant to Title 28 United States Code §1332 based upon the fact that there exists diversity of citizenship between the parties and the amount in controversy is in excess of $75,000 and is accordingly one which may be removed to this Honorable Court by Notice pursuant to Title 28 United States Code §1441.

**WHEREFORE**, the Defendants pray that the above action now pending in the Superior Court of Delaware in Sussex County be removed to this Court.

MARSHALL, DENNEHEY, WARNER,
COLEMAN & GOGGIN

Date: August 6, 2007

DANIEL A. GRIFFITH, ESQUIRE (No. 4209)
1220 North Market Street, 5th Floor
P.O. Box 8888
Wilmington, DE 19899-8888
(302) 552-4300
Email: dagriffith@mdwcg.com
Attorney for Defendant

EFiled: Aug 15 2007 4:03 EDT
Transaction ID 15963630
Case No. 07C-06-026 ESB

EXHIBIT "A"

JUN/25/2006/SUN 03:08 PM   H CLAY DAVIS III         FAX No. 302 856 1556         P. 002

EFiled: Jun 25 2007 3:45 ... EDT
Transaction ID 15349380
Case No. 07C-06-026 ESB

IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

IN AND FOR SUSSEX COUNTY

| | | |
|---|---|---|
| AARON MATTHEW MITCHELL, | ) | |
| | ) | Civil Action No._____ |
| Plaintiff | ) | |
| | ) | NON ARBITRATION CASE |
| v. | ) | |
| | ) | |
| ST. PAUL FIRE AND CASUALTY INSURANCE COMPANY, | ) | |
| | ) | |
| Defendant | ) | |

COMPLAINT
A JURY OF 6 DEMANDED

1. Plaintiff is a Resident of the State of Delaware.

2. Defendant is an insurance company doing business in the State of Delaware.

3. The Plaintiff was injured in a motorcycle accident on 9 August 2006, by the negligence of Alexander Travers.

4. Mr. Travers' liability insurer, paid its policy limits in return for a release on 27 February 2007. See Exhibit A.

5. Defendant's underinsured vehicle coverage is greater than Mr. Traver's liability limits. See Exhibit B.

6. Plaintiff's damages exceed the amount received from Peninsula Insurance Company and the combined underinsured vehicle coverages of the Defendants.

7. Plaintiff has incurred a lien for repayment of lost wages and medical expenses of $ $45,792.88 to his Worker's Compensation Carrier. See letter to the Carrier, Exhibit C.

8. Plaintiff will incurr medical expenses and suffer lost wages because of future treatment.

WHEREFORE, Plaintiff prays for $45,792.88, future medical expenses, future lost wages, additional compensation for general damages, and the costs of this suit.

HENRY CLAY DAVIS, III, P.A.

/s/ H. Clay Davis III
H. Clay Davis, III, Esquire
I.D. #40
303 N. Bedford Street
P.O. Box 744
Georgetown, DE 19947
302-856-9021

DATED: 25 June 2007

## CERTIFICATE OF SERVICE

I, Daniel A. Griffith, Esquire hereby certify that on the date indicated below two (2) true and correct copies of Notice of Removal were forwarded to the below named addressee by first-class mail:

> H. Clay Davis, III, Esquire
> Henry Clay Davis, III, P.A.
> 303 N. Bedford Street
> PO Box 744
> Georgetown, DE 19947
> Attorney for Plaintiff

**MARSHALL, DENNEHEY, WARNER, COLEMAN & GOGGIN**

Date: August 20, 2007

/s/ *Daniel A. Griffith*     DE ID No. 4209

DANIEL A. GRIFFITH, ESQUIRE (No. 4209)
1220 North Market Street, 5th Floor
P.O. Box 8888
Wilmington, DE 19899-8888
(302) 552-4300
Email: dagriffith@mdwcg.com
Attorney for Defendant

| JS-44 | | CIVIL COVER SHEET | |
|---|---|---|---|
| (Rev 07/89) | | | |

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.
(SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**I(a) PLAINTIFFS**
AARON MATTHEW MITCHELL

**DEFENDANTS**
ST. PAUL FIRE & CASUALTY INSURANCE COMPANY

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF Sussex County, DE
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT Ramsey County, Minnesota
(EXCEPT IN U.S. PLAINTIFF CASES)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
H. Clay Davis, III, Esquire, Henry Clay Davis, III, P.A., 303 N. Bedford Street, PO Box 744, Georgetown, DE 19947
302-856-9021

ATTORNEYS (IF KNOWN)
Daniel A. Griffith, Esq.   302-552-4317
Marshall, Dennehey, Warner, Coleman & Goggin
1220 N. Market Street, 4th Floor
Wilmington, DE 19899-8888

**II. BASIS OF JURISDICTION** (PLACE AN X IN ONE BOX ONLY)

☐ 1. U.S. Government Plaintiff
☐ 2. U.S. Government Defendant
☐ 3. Federal Question (U.S. Government Not a Party)
☒ 4. Diversity (Indicates Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (FOR DIVERSITY CASES ONLY)
(PLACE AN X IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ | ☐ | Incorporated or Principal Place of Business in This State | ☐ | ☐ |
| Citizen of Another State | ☐ | ☒ | Incorporated and Principal Place of Business in Another State | ☐ | ☐ |
| Citizen of Subject of a Foreign Country | ☐ | ☐ | Foreign Nation | ☐ | ☐ |

**IV. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY.)
Title 28 United States Code Section 1332 based upon a diversity of citizenship between the parties.
Title 28 United States Code Section 1441 based upon the amount in controversy is in excess of $75,000.

**V. NATURE OF SUIT** (PLACE AN X IN ONE BOX ONLY)

| CONTRACT | TORTS | | FORFEITURE / PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☒ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury – Med Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury – Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | | ☐ 450 Commerce/ICC Rates /etc. |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgement | ☐ 330 Federal Employers' Liability | | ☐ 640 R.R & Truck | | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | | ☐ 650 Airline Regs | | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recover of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | | ☐ 660 Occupational Safety / Health | | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits. | ☐ 350 Motor Vehicle | **PERSONAL PROPERTY** | ☐ 690 Other | | ☐ 850 Securities / Commodities / Exchange |
| ☐ 160 Stockholder's Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 370 Other Fraud | **LABOR** | **PROPERTY RIGHTS** | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 371 Truth in Lending | ☐ 710 Fair Labor Standards Act | ☐ 820 Copyrights | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | | ☐ 380 Other Personal Property Damage | ☐ 720 Labor/Mgmt. Relations | ☐ 830 Patent | ☐ 892 Economic Stabilization Act |
| | | ☐ 385 Property Damage Product Liability | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 840 Trademark | ☐ 893 Environmental Matters |
| | | | ☐ 740 Railway Labor Act | **SOCIAL SECURITY** | ☐ 894 Energy Allocation Act |
| | | | ☐ 790 Other Labor Litigation | ☐ 861 HIA (1395ff) | ☐ 895 Freedom of Information Act |
| | | | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 862 Black Lung (923) | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| | | | | ☐ 863 DIWC/DIWW (405(g)) | ☐ 950 Constitutionality of State Statutes |
| | | | | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| | | | | ☐ 865 RSI (402(g)) | |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | | **FEDERAL TAX SUITS** | |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | |
| ☐ 220 Foreclosure | ☐ 442 Employment | Habeas Corpus: | | ☐ 871 IRS – Third Party 26 USC 7609 | |
| ☐ 230 Rent, Lease & Ejectment | ☐ 443 Housing / Accommodations | ☐ 530 General | | | |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | | |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | ☐ 540 Mandamus & Other | | | |
| ☐ 290 All Other Real Property | | ☐ 550 Other | | | |

**VI. ORIGIN** (PLACE AN X IN ONE BOX ONLY) SUPERIOR COURT, STATE OF DELAWARE, SUSSEX COUNTY CA No: 07C-06-026 (ESB)

☐ 1 Original Proceeding
☒ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from Another District (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

**VII. REQUESTED IN COMPLAINT:** CHECK IF THIS IS A UNDER F.R.C.P. 23   **CLASS ACTION** ☐   **DEMAND $** ☐   Check YES only if demanded in complaint:
**JURY DEMAND:** ☒ YES   ☐ NO

**VIII. RELATED CASE(S) IF ANY** (See instructions)   N/A   JUDGE   DOCKET NUMBER

DATE August 6, 2007   SIGNATURE OF ATTORNEY OF RECORD
Daniel A. Griffith, Esquire   /s/

**UNITED STATES DISTRICT COURT**

AO FORM 85 RECEIPT (REV. 9/04)

United States District Court for the District of Delaware

Civil Action No. \_\_\_07-509\_\_\_

# ACKNOWLEDGMENT OF RECEIPT FOR AO FORM 85

## *NOTICE OF AVAILABILITY OF A UNITED STATES MAGISTRATE JUDGE TO EXERCISE JURISDICTION*

I HEREBY ACKNOWLEDGE RECEIPT OF \_\_\_2\_\_\_ COPIES OF AO FORM 85.

\_\_\_8-20-07\_\_\_  \_\_\_*Monty Pollard*\_\_\_
(Date forms issued)  (Signature of Party or their Representative)

\_\_\_Monty Pollard\_\_\_
(Printed name of Party or their Representative)

**Note: Completed receipt will be filed in the Civil Action**