A REGIONAL DEFENSE LITIGATION LAW FIRM

**MARSHALL, DENNEHEY, WARNER, COLEMAN & GOGGIN**
A PROFESSIONAL CORPORATION    www.marshalldennehey.com

PENNSYLVANIA
Bethlehem
Doylestown
Erie
Harrisburg
King of Prussia
Philadelphia
Pittsburgh
Scranton
Williamsport

NEW JERSEY
Cherry Hill
Roseland

DELAWARE
Wilmington

FLORIDA
Fort Lauderdale
Jacksonville
Orlando
Tampa

OHIO
Akron

**1220 N. Market St., 5th Floor, P.O. Box 8888 · Wilmington, DE 19899-8888**
**(302) 552-4300 · Fax (302) 651-7905**

**Direct Dial: 302-552-4317**
**Email: dagriffith@mdwcg.com**



August 28, 2007

Clerk of Court
U.S. District Court
for the District of Delaware
844 North King Street, Room 4209
Wilmington, DE  19801

      **RE:**    **Aaron Mathew Mitchell v. St. Paul Fire & Casualty Insurance Company**
              **C.A. No.: 07-CV-509-UMA**

Dear Sir/Madam:

    This action was originally filed in the Superior Court of Delaware, Sussex County.  On or about August 20, 2007, on behalf of Defendant, St. Paul Fire & Casualty Insurance Company, I filed a Notice of Removal (D.I. No.2) the effect of which removed the case from the Sussex County Superior Court to this court.

    I have conferred with Plaintiff's counsel since the removal and we have agreed that it would be appropriate to have the matter remanded to the Superior Court.  Toward that end, I am attaching a proposed form of Order for Remand.  If the proposed form of Order meets with the court's approval, we would appreciate it if the court would have the Order entered and the case remanded to the Superior Court of Delaware, Sussex County.

                                              Very truly yours,

                                         *s/ Daniel A. Griffith*  DE ID No.  4209

                                         Daniel A. Griffith

DAG/hr
Enclosure

cc:    H. Clay Davis, III, Esquire
\15_A\LIAB\DAGRIFFITH\CORR\448039\HXRUSSO\19183\01189

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **AARON MATTHEW MITCHELL,** | : | |
| **Plaintiff,** | : | CIVIL ACTION No.  07-509 |
| v. | : | |
| **ST. PAUL FIRE AND CASUALTY INSURANCE COMPANY,** | : | |
| **Defendant.** | : | |

### ORDER FOR REMAND

This matter having come before this court upon Defendant's Notice of Removal filed on August 20, 2007 (D.I. No. 2); and the parties having conferred and determined that it is appropriate to have this matter remanded to the Superior Court of Delaware, Sussex County; and for other and further good cause shown;

It is on this            day of                        , 2007, hereby **ORDERED** and **ADJUDGED** that this matter be and hereby is remanded to the Superior Court of Delaware, Sussex County.

A copy of this Order for Remand shall be served upon the prothonotary for the Superior Court of Delaware, Sussex County within ten (10) days.

_____
                                                                                                J.

I hereby consent to the form and entry of this Order.

/s/ H.Clay Davis III                      /s/ *Daniel A. Griffith*
H. Clay, Davis, Esquire              Daniel A. Griffith, Esquire