IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AARON MATTHEW MITCHELL, : | |
| : | |
| Plaintiff, : | CIVIL ACTION No. 07-509 · SLR |
| : | |
| v. : | |
| : | |
| ST.P AUL FIRE AND CASUALTY : | |
| INSURANCE COMPANY, : | |
| : | |
| Defendant. : | |

### ORDER FOR REMAND

This matterh aving come before this court upon Defendant's Notice of Removal filed on August 20, 2007 (D.I. No. 2); and the parties having conferred and determined that it is appropriate to have this matter remanded to the Superior Court of Delaware, Sussex County; and for other and further good cause shown;

It is on this  12th  day of  September , 2007, hereby **ORDERED** and **ADJUDGED** that this matter be and hereby is remanded to the Superior Court of Delaware, Sussex County.

A copy of this Orderf or Remand shall be served upon the prothonotary for the Superior Court of Delaware, Sussex County within ten (10) days.

_____
J.

I hereby consentt o the form and entry of this Order.

/s/ H.Clay Davis III  
H. Clay, Davis, Esquire

/s/ Daniel A. Griffith  
Daniel A. Griffith, Esquire