## UNITED STATES DISTRICT COURT
### DISTRICT OF DELAWARE

CHAMBERS OF
SUE L. ROBINSON
U.S. DISTRICT JUDGE



LOCKBOX 31
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
302 573-6310

September 12, 2007

Delaware Superior Court
Sussex County Courthouse
Attn: Joyce Collins, Prothonotary
1 The Circle, Suite 2
Georgetown, DE 19947

      Re:    *Delaware District Court Civil Case 1:07-509-SLR; Superior Court, Delaware No. 07C-06-0026(ESB)*

Dear Ms. Collins:

In accordance with the Order issued by Judge Sue L. Robinson today in the above referenced case, this case is remanded to the Delaware Superior Court, Sussex County, Delaware.

Please find enclosed a certified copy of the Order for your records.

            Sincerely,

            Peter T. Dalleo, Clerk

            By: _[signature]_
            Deputy Clerk

Enclosures

cc:    The Honorable Sue L. Robinson
       All counsel of record were noticed electronically